**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**RICHARD LOWERY,**

        **Plaintiff(s),**　　**CASE NUMBER: 06-13488
HONORABLE VICTORIA A. ROBERTS**

**v.**

**RAY McCLARTY and
RICHARD FITZMAURICE,**

        **Defendant(s).**
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE**

On April 25, 2007, Magistrate Judge Donald A. Scheer submitted a Report and Recommendation **[Doc. 17]** recommending that the Court grant Defendants' Motion to Dismiss **[Doc. 9]**. Because the Court has not received objections from any party within the time frame provided for in 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court will adopt the Magistrate Judge's Report and Recommendation. The Court, therefore, GRANTS Defendants' Motion to Dismiss.

    **IT IS SO ORDERED.**

                                                        S/Victoria A. Roberts
                                                        Victoria A. Roberts
                                                        United States District Judge

Dated: July 5, 2007

The undersigned certifies that a copy of this document was served on the attorneys of record and pro se plaintiff by electronic means or U.S. Mail on July 5, 2007.

s/Carol A. Pinegar
Deputy Clerk